THOMAS E. GENTRY as Personal
Representative in re Estate of
SANDRA LEE GENTRY, Deceased,

    Plaintiff,

vs.

PRIME INC. or NEW PRIME INC.
d/b/a PRIME INC.,

    Defendants.
_____/

IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT IN AND FOR
VOLUSIA COUNTY, FLORIDA

CASE NO.: 2012-32421-CICI
DIVISION: 32

Original of this document was filed in the
Office of the Clerk of the Circuit Court
Volusia County, Florida this ____ day
of September, 2012.
Clerk of the Circuit and County Court
By: /s/ T. MARDER-SPARKS
    Deputy Clerk

## WRONGFUL DEATH AUTO NEGLIGENCE COMPLAINT

COMES NOW the Plaintiff, THOMAS E. GENTRY, as Personal Representative in re Estate of SANDRA LEE GENTRY, Deceased, by and through his undersigned attorney, and sues the Defendants, PRIME INC. or NEW PRIME INC. d/b/a PRIME INC. and as grounds therefor would allege:

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00), exclusive of interests, costs, and attorney's fees.

2. Venue and jurisdiction are proper in this Court because the wrongful act complained of occurred within Volusia County, Florida.

3. At all times material hereto, the Plaintiff, THOMAS E. GENTRY, was and is a resident of Brevard County, Florida.

4. At all times material hereto, the Defendant, PRIME INC., was and is a Foreign Corporation of 2740 North Mayfair, Springfield, Missouri, 65803, licensed to do business interstate by Permit, Certificate and License through the Interstate Commerce Commission and may receive service through Steve Crawford, Esquire, General Counsel at their headquarters located at 2740 North Mayfair, Springfield, Missouri, 65803.

5. At all times material hereto, the Defendant, NEW PRIME INC. d/b/a PRIME, INC., was and is a Florida Corporation licensed to do business in the State of Florida and can receive service through its Registered Agent, Gazi Rahman, 39720 U S Highway #19 North, Tarpon Springs, Florida 34869.

6. THOMAS E. GENTRY was appointed as Personal Representative of the Estate of SANDRA LEE GENTRY by Letters of Administration issued on June 12, 2012, File Number 05-2012-CP-38368-XXXX-XX by Honorable John M. Harris. (A copy of Letters of Administration attached hereto as Plaintiff's Exhibit A.)

7. THOMAS E. GENTRY brings this action on behalf of THOMAS E. GENTRY, who is the Husband of SANDRA LEE GENTRY, Deceased, and is entitled to maintain a cause of action for the permanent loss of his spousal relationship with her, and for his pain and suffering under Florida's Wrongful Death Act. He is also SANDRA LEE GENTRY'S "survivor" and "husband" under Florida's Wrongful Death Act and therefore beneficiary under the Florida's Wrongful Death Act.

8. This is an action for Wrongful Death, pursuant to Section 768.28 of the Florida Statutes, for the negligent actions of the Defendants, PRIME INC. or NEW PRIME INC. d/b/a PRIME INC. and the Defendant's unknown phantom driver, while SANDRA LEE GENTRY, Deceased, was traveling as a passenger in a motor vehicle on the same interstate as the Defendant's tractor and/or trailer.

9. On or about November 26, 2011, the Defendant, PRIME INC. or NEW PRIME INC. d/b/a PRIME INC., owned a truck and/or trailer which they allowed to be operated by an unknown phantom driver, on I-95 Northbound near the exit ramp for U S # 1, Ormond Beach, Volusia County, Florida.

10. At that time and place, the unknown phantom driver did so negligently operate or maintain the 18-wheeler with the consent of the owner of the tractor and/or the trailer, Defendant, PRIME INC. or NEW PRIME INC. d/b/a PRIME, INC., so as to move into the Plaintiff's lane where the vehicle in which the Plaintiff, SANDRA LEE GENTRY, Deceased, was a passenger, forcing

Plaintiff's vehicle off the highway, violating Florida Statute 316.089(1) according to the Homicide Report prepared by the Florida Highway Patrol, by moving into the path of the Plaintiff's vehicle, Defendant's driver being unable to stay in a single lane.

11. As a direct and proximate result of the negligence of the Defendant, PRIME INC. or NEW PRIME INC. d/b/a PRIME INC. and the unknown phantom driver, the Plaintiff's deceased Wife, SANDRA LEE GENTRY, was killed, and the Plaintiff, THOMAS E. GENTRY, as Personal Representative in re Estate of SANDRA LEE GENTRY, Deceased, the Husband of SANDRA LEE GENTRY, Deceased, has incurred damages.

**WHEREFORE**, Plaintiff, THOMAS E. GENTRY, as Personal Representative in re Estate of SANDRA LEE GENTRY, Deceased, who is the Husband of SANDRA LEE GENTRY, Deceased, demands judgment and damages against Defendants, PRIME INC. or NEW PRIME INC. d/b/a PRIME INC., including damages for the past and future loss of support and services, post and future loss of his Wife's companionship, and the past, present, and future mental anguish, pain and suffering of his loss, memorial service expenses, and any other damages recoverable under Florida Law. Plaintiff, THOMAS E. GENTRY, as Personal Representative in re Estate of SANDRA LEE GENTRY, Deceased, who is the Husband of SANDRA LEE GENTRY, Deceased, demands a trial by jury of all issues so triable.

JAMES W. LEDFORD, P.A.

_____
JAMES W. LEDFORD, ESQUIRE
Florida Bar No.: 354341
787 South Yonge Street (US #1)
Ormond Beach, Florida 32174-7632
(386) 672-6611
Attorney for Plaintiff
*E-Mail for Service* (FL R. Jud. Admin. 2.516(b)(1):
jameswledford@ledfordlaw.com