**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**THOMAS E. GENTRY, as Personal**
**Representative In Re Estate of Sandra**
**Lee Gentry, Deceased,**

                **Plaintiff,**

**-vs-**                                            **Case No.  6:12-cv-1590-Orl-28TBS**

**PRIME INC., NEW PRIME INC.,**

                **Defendants.**
_____

**ORDER OF DISMISSAL**

Upon consideration of the "Joint Stipulation for Plaintiff's Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)" (Doc. No. 9), and pursuant to Fed. R. Civ. P. 41(a), it is hereby **ORDERED** that this case is dismissed without prejudice.  All pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of November, 2012.

                                                      JOHN ANTOON II
                                                      United States District Judge

Copies furnished to:
Counsel of Record